1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH G. OLIVER,                          No.  2:13-cv-1395 MCE DAD P

12              Plaintiff,

13         v.                                     ORDER

14   JEFFREY BEARD, et al,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  The federal venue statute provides that a civil action "may be brought in (1) a

19   judicial district in which any defendant resides, if all defendants are residents of the State in

20   which the district is located, (2) a judicial district in which a substantial part of the events or

21   omissions giving rise to the claim occurred, or a substantial part of property that is the subject of

22   the action is situated, or (3) if there is no district in which an action may otherwise be brought as

23   provided in this action, any judicial district in which any defendant is subject to the court's

24   personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

25         In this case, many of the named defendants are located in and a substantial part of the

26   events giving rise to plaintiff's claims occurred at the California Men's Colony in San Luis

27   Obispo, which is located within the boundaries of the Northern District of California.  Therefore,

28   plaintiff's action should have been filed in the United States District Court for the Northern

                                                   1

1    District of California.  In the interest of justice, a federal court may transfer a complaint filed in

2    the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d

3    918, 932 (D.C. Cir. 1974).

4            Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

5    States District Court for the Northern District of California.

6    Dated:  September 28, 2013

7

8    hm
     oliv1395.21a

9                                           DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2